```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 19402
    ALAIN R GOUSSE
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-5313


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/28/2008 and was not confirmed.

    The case was dismissed without confirmation 11/03/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                        PAID          PAID
------------------------------------------------------------------------------
AARONS SALES              UNSECURED     NOT FILED            .00           .00
AARONS SALES              UNSECURED     NOT FILED            .00           .00
AFNI-BLOOM                UNSECURED     NOT FILED            .00           .00
AFNI-BLOOM                UNSECURED     NOT FILED            .00           .00
BELL SOUTH                UNSECURED     NOT FILED            .00           .00
BELL SOUTH TELCO KY       NOTICE ONLY   NOT FILED            .00           .00
BELLSOUTH REGIONAL BKCY   UNSECURED     NOT FILED            .00           .00
BELLSOUTH CORP            NOTICE ONLY   NOT FILED            .00           .00
ROUNDUP FUNDING LLC       UNSECURED       5956.05            .00           .00
COMMONWEALTH EDISON       UNSECURED       1902.59            .00           .00
COMMONWEALTH EDISON       NOTICE ONLY   NOT FILED            .00           .00
HOLLYWOOD VIDEO ENT       UNSECURED     NOT FILED            .00           .00
HOLLYWOOD VIDEO           NOTICE ONLY   NOT FILED            .00           .00
HOLLYWOOD VIDEO ENT       UNSECURED     NOT FILED            .00           .00
HOLLYWOOD VIDEO           NOTICE ONLY   NOT FILED            .00           .00
HOLLYWOOD VIDEO ENT       UNSECURED     NOT FILED            .00           .00
HOLLYWOOD VIDEO           NOTICE ONLY   NOT FILED            .00           .00
HOLLYWOOD VIDEO ENT       UNSECURED     NOT FILED            .00           .00
HOLLYWOOD VIDEO           NOTICE ONLY   NOT FILED            .00           .00
HOLLYWOOD VIDEO ENT       UNSECURED     NOT FILED            .00           .00
HOLLYWOOD VIDEO           NOTICE ONLY   NOT FILED            .00           .00
IL STATE DISBURSEMENT UN  UNSECURED           .00            .00           .00
LIGHTHOUSE FINANCIAL GRO  UNSECURED        260.47            .00           .00
LIGHTHOUSE FINANCIAL GRO  NOTICE ONLY   NOT FILED            .00           .00
JEFFERSON CAPITAL SYSTEM  UNSECURED       1160.47            .00           .00
MEDICAL IMAGING PROFESSI  NOTICE ONLY   NOT FILED            .00           .00
MILITARY BOOK CLUB        UNSECURED     NOT FILED            .00           .00
MILITARY BOOK CLUB        NOTICE ONLY   NOT FILED            .00           .00
SPRINT CORPORATION        UNSECURED     NOT FILED            .00           .00
NEXTEL                    NOTICE ONLY   NOT FILED            .00           .00
NORTH OAK DENTAL CARE     UNSECURED     NOT FILED            .00           .00
NORTH OAK DENTAL CARE     NOTICE ONLY   NOT FILED            .00           .00
NORTHERN IL EMERG & OCC   UNSECURED     NOT FILED            .00           .00
NORTHERN IL EMER OCC ME   NOTICE ONLY   NOT FILED            .00           .00
PRA RECEIVABLES MGMT      UNSECURED        746.09            .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 19402 ALAIN R GOUSSE
```

```
LVNV FUNDING                UNSECURED         395.73            .00           .00
SBC AMERITECH               NOTICE ONLY    NOT FILED            .00           .00
SPRINT PCS                  UNSECURED      NOT FILED            .00           .00
SPRINT PC                   NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED            .00           .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED            .00           .00
```

```
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF BELLWOOD         UNSECURED      NOT FILED              .00         .00
VILLAGE OF BELLWOOD         NOTICE ONLY    NOT FILED              .00         .00
RMI/MCSI                    UNSECURED         8625.00             .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
VILLAGE OF FOREST PARK      UNSECURED      NOT FILED              .00         .00
VILLAGE OF FOREST PARK      NOTICE ONLY    NOT FILED              .00         .00
```

```
VILLAGE OF FOREST PARK    UNSECURED       NOT FILED           .00         .00
VILLAGE OF FOREST PARK    NOTICE ONLY     NOT FILED           .00         .00
VILLAGE OF HILLSIDE       UNSECURED       NOT FILED           .00         .00
VILLAGE OF HILLSIDE       NOTICE ONLY     NOT FILED           .00         .00
VILLAGE OF HILLSIDE       NOTICE ONLY     NOT FILED           .00         .00
VILLAGE OF STONE PARK     UNSECURED       NOT FILED           .00         .00
VILLAGE OF STONE PARK     NOTICE ONLY     NOT FILED           .00         .00
VILLAGE OF STONE PARK     NOTICE ONLY     NOT FILED           .00         .00
BALLYS TOTAL FITNESS      UNSECURED        3351.37            .00         .00
NICOR GAS CO              UNSECURED         483.79            .00         .00
TARGET                    UNSECURED         325.76            .00         .00
ECMC                      UNSECURED       32262.65            .00         .00
PRA RECEIVABLES MGMT      UNSECURED        8606.18            .00         .00
HELLER & RICHMOND~        DEBTOR ATTY     3,154.00                        .00
TOM VAUGHN                TRUSTEE                                         .00
DEBTOR REFUND             REFUND                                          .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                        ---------------      ---------------
TOTALS                          .00                   .00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
   Dated: 02/24/09                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE